UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 18 Crim. 744 (KPF) |
| JOHN BROWN, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On February 8, 2020, the Court received an email from Defendant's counsel, with the Government and the United States Probation Office copied, requesting that the Disclosure Dates for the Presentence Investigation Report ("PSR") be adjourned. Specifically, the parties requested that the first Disclosure Date be adjourned to March 19, 2020, and the second Disclosure Date be adjourned to April 16, 2020.

Accordingly, the Court hereby adopts the parties' requested Disclosure Dates for the PSR in this action.

SO ORDERED.

Dated: February 10, 2020
New York, New York

*Katherine Polk Failla*
───────────────────────────
KATHERINE POLK FAILLA
United States District Judge