UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JOHN BROWN,

          Defendant.

18 Cr. 774 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

    On March 26, 2020, the Court received an e-mail from defense counsel, copying all relevant parties and writing with the consent of the Government and the United States Probation Office, requesting a 45-day extension to the current April 16, 2020 final disclosure deadline for the Presentence Investigation Report ("PSR") and a 60-day adjournment of the current April 30, 2020 sentencing date. Defendant's request is GRANTED. The final disclosure deadline for the PSR is hereby extended to May 11, 2020. Defendant's sentencing is hereby ADJOURNED to July 31, 2020 at 3:00 p.m. Defendant's sentencing submission will be due on or before July 17, 2020, and the Government's sentencing submission will be due on or before July 24, 2020.

    SO ORDERED.

Dated:   March 27, 2020
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge