UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 744-1 (KPF) |
| JOHN BROWN, | **SCHEDULING ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On April 10, 2020, Defendant John Brown submitted a letter motion seeking bail in light of the ongoing COVID-19 pandemic. (Dkt. #75). On April 13, 2020, the Government submitted its opposition to Defendant's motion. (Dkt #78). The Court has carefully considered the parties' submissions and has decided to render an oral decision in the matter. Accordingly, the Court ORDERS the parties to appear telephonically for a hearing on **April 15, 2020, at 2:00 p.m**., at which time the Court will render its decision. The dial-in information for the hearing is as follows: At 2:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:00 p.m.

SO ORDERED.

Dated: April 14, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge