UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 744-1 (KPF) |
| JOHN BROWN, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On April 10, 2020, Defendant John Brown submitted a letter motion seeking bail in light of the ongoing COVID-19 pandemic.  (Dkt. #75).  On April 13, 2020, the Government submitted its opposition to Defendant's motion.  (Dkt. #78).  On April 14, 2020, Defendant submitted a reply letter.  (Dkt. #79).  On April 15, 2020, the Court held a telephonic hearing, during which it heard from the parties and rendered an oral decision on Defendant's motion.  For the reasons given on the record during the telephonic hearing, Defendant's motion is DENIED.  The Clerk of Court is directed to terminate the motion at docket entries 75, 76, 77, and 79.

SO ORDERED.

Dated: April 15, 2020
       New York, New York

KATHERINE POLK FAILLA
United States District Judge