UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 774 (KPF) |
| JOHN BROWN, | **SCHEDULING ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

There is currently a sentencing scheduled in this action for January 12, 2021. However, due to the suspension of in-person proceedings in this District, Defendant's sentencing is hereby ADJOURNED to March 16, 2021 at 3:00 p.m. Defendant's sentencing submission will be due on or before March 2, 2021, and the Government's sentencing submission will be due on or before March 9, 2021.

SO ORDERED.

Dated: December 14, 2020
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge