UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOHN BROWN,<br><br>                    Defendant. | 18 Cr. 774 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

There is currently a sentencing scheduled in this action for March 16, 2021. However, on February 1, 2021, the Court received an *ex parte* letter from Defendant's counsel requesting an adjournment for personal reasons, as well as due to the recent appointment of a new Mitigation Specialist to assist in preparing Defendant's Mitigation Report, and the continued suspension of in-person proceedings in this District.

Accordingly, Defendant's sentencing is hereby ADJOURNED to May 20, 2021, at 3:00 p.m. Defendant's sentencing submission will be due on or before May 6, 2021, and the Government's sentencing submission will be due on or before May 13, 2021.

Additionally, the Court also GRANTS counsel's request to have her underlying letter filed under seal.

SO ORDERED.

Dated: February 1, 2021
       New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge